# UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICTOF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| In re: ) | Case No. 09-20083-MGW |
| ) | |
| BYRON COLUMBUS SHOUPPE, III & JULIE ANN SHOUPPE, ) | |
| ) | |
| Joint Debtors. ) | |
| , ) | |
| _____ ) | |

## MOTION TO DETERMINE SECURED STATUS OF GTE FEDERAL CREDIT UNION AND TO STRIP ITS LIEN EFFECTIVE UPON DISCHARGE

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3399, and serve a copy on the Movant's attorney, Alan Summers-Powell, Esq., Alan Powell, P.A., Post Office Box 6043, Palm Harbor, FL 34684, and on the Movants, Byron Columbus Shouppe, III & Julie Ann Shouppe, 1107 Woodcrest Avenue, Safety Harbor, FL 34695.
>
> If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COME NOW the Debtors, Byron Columbus Shouppe, III & Julie Ann Shouppe, by and through their undersigned counsel, and file this Motion to Determine Secured Status of GTE Federal Credit Union, and to Strip Lien and state as follows:

1. The Joint Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on 8th September, 2009.

2. The Joint Debtors own real property [the "Real Property"] located at 1107 Woodcrest Avenue, Safety Harbor, FL 34695, and more particularly described as follows:

    Lot 57, PHILIPPE WOODS as per plet thereof as recorded in Plat Book 90, Page 76 and 77, of the Public Records of Pinellas County, Florida.

    For Tax Identification purposes, the Real Property bears Parcel Identification Number: 34/28/16/68625/000/0570.

3. The Real Property is encumbered by two mortgages:

    (a) Wells Fargo Bank, N.A., account number XXXX7935 holds the first mortgage, recorded on 11/02/2006 at Book 15457 Pages 2323-2336, Instrument No. 2006403946 of the Official Records of Pinellas County and has filed Claim No. 5 in the amount of $280,967.86.

(b) GTE Federal Credit Union, account number XXXX4870 holds a second mortgage, recorded on 07/13/2007 at Book 15886 Pages 348-360, Instrument No. 2007233511 of the Official Records of Pinellas County and has filed Claim No. 12 in the amount of $75,732.49. GTE Federal Credit Union has classified Claim 12 as an unsecured claim.

4. Based on the appraisal attached hereto as Exhibit 1, the value of the Real Property is $245,000.

5. Accordingly, GTE Federal Credit Union's second mortgage is, even according to their own admission, completely unsecured.

WHEREFORE, the Joint Debtors respectfully request this Court to enter an order: (a) granting the Motion; (b) determining the value of the Real Property to be $245,000; (c) determining that GTE Federal Credit Union's Claim No. 12 shall be treated as an unsecured claim; (d) voiding the mortgage lien of GTE Federal Credit Union effective upon discharge; and (e) granting such other and further relief as the Court deems appropriate.

WE the undersigned Debtors in this Case, declare under penalty of perjury that the foregoing is true and correct to the best of our information and belief.

Byron Columbus Shouppe, III  11/16/2009        Julie Ann Shouppe  11/16/2009

I Certify that a copy of the Foregoing has been sent by certified U.S. mail this 17th Day of November, 2009 to: John G. Stumpf, President, Wells Fargo & Co., 420 Montgomery Street, San Francisco, CA 94104;, and to Wendell Sebastian, Manager/ CEO, GTE Federal Credit Union, 711 E. Henderson Avenue, Tampa, FL 33602;  and via the CM/ ECF Noticing System to Terry E. Chapter 13 Trustee, and to Brad W. Hissing, attorney for GTE Federal Credit Union.

/s/Alan Summers-Powell, Esq. FBN 0978604
Alan Powell, P.A.
P. O. Box 6043
Palm Harbor, FL 34684
Attorney for the Joint Debtors
email: bramleymanor@mac.com
Tel.: 727.669.9225. Fax.: 727. 953.6385

# EXHIBIT 1

# INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | |
| 907030 | |
| **DATE** | |
| 7/30/09 | |

**FROM:**

ACTION APPRAISAL SERVICES, INC.
3304 W. SAN LUIS ST. TAMPA, FL 33629
**Telephone Number:** 813-545-0559   **Fax Number:**

**TO:**

**Telephone Number:**   **Fax Number:**
**Alternate Number:**   **E-Mail:**

**REFERENCE**
**Internal Order #:** 907030
**Lender Case #:**
**Client File #:**
**Main File # on form:** 907030
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

## DESCRIPTION

**Lender:**   **Client:**
**Purchaser/Borrower:** N/A
**Property Address:** 1107 WOODCREST AVE.
**City:** SAFETY HARBOR
**County:** PINELLAS   **State:** FL   **Zip:** 34695-4410
**Legal Description:** PHILLIPPE WOODS LOT 57

## FEES — AMOUNT

350.00

**SUBTOTAL** 350.00

## PAYMENTS — AMOUNT

**Check #:** 1006   **Date:** 7/30/09   **Description:** PAID BY HOMEOWNER   350.00
**Check #:**   **Date:**   **Description:**
**Check #:**   **Date:**   **Description:**

**SUBTOTAL** 350.00

**TOTAL DUE** $ 0.00

## LOCATED AT:
1107 WOODCREST AVE.
PHILLIPPE WOODS LOT 57
SAFETY HARBOR, FL 34695-4410

## FOR:

## AS OF:
7/30/09

## BY:
JEFF ALPERT

# Uniform Residential Appraisal Report
File # 907030

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 1107 WOODCREST AVE. |
| City | SAFETY HARBOR |
| State | FL |
| Zip Code | 34695-4410 |
| Borrower | N/A |
| Owner of Public Record | SHOUPPE |
| County | PINELLAS |
| Legal Description | PHILLIPPE WOODS LOT 57 |
| Assessor's Parcel # | 34 28 16 68625 000 0570 |
| Tax Year | 2008 |
| R.E. Taxes $ | 4,948.22 |
| Neighborhood Name | PHILLIPPE WOODS |
| Map Reference | 34-28-16 |
| Census Tract | 0268.17 |
| Occupant | ☒ Owner ☐ Tenant ☐ Vacant |
| Special Assessments $ | 0.00 |
| PUD | ☐ HOA $ N/A ☐ per year ☐ per month |
| Property Rights Appraised | ☒ Fee Simple ☐ Leasehold ☐ Other (describe) |
| Assignment Type | ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) TO DETERMINE MARKET VALUE. |
| Lender/Client | |
| Address | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☐ Yes  ☒ No
Report data source(s) used, offering price(s), and date(s).  ACCORDING TO MLS, THE SUBJECT IS NOT LISTED AT THIS TIME.

## CONTRACT

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  N/A

Contract Price $ N/A   Date of Contract N/A   Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.  N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | PRICE   AGE | One-Unit 90 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☐ In Balance ☒ Over Supply | $ (000)   (yrs) | 2-4 Unit 2 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 165 Low NEW | Multi-Family 2 % |

Neighborhood Boundaries  THE SUBJECT IS BOUND TO THE NORTH BY HWY 580, EAST BY SAFETY   424 High 75   Commercial 3 %
HARBOR, SOUTH BY HWY 60, AND TO THE WEST BY MCMULLEN-BOOTH RD.   269 Pred. 35   Other 3 %

Neighborhood Description  THE SURROUNDING PROPERTIES ARE SIMILAR TO THE SUBJECT IN AGE, STYLE, SIZE, AND AMENITIES. ACCESS TO CUSTOMARY SUPPORT FACILITIES SUCH AS SHOPPING, EDUCATION, PARKS, EMPLOYMENT AND RECREATIONAL FACILITIES IS CONSIDERED ADEQUATE. EMPLOYMENT STABILITY AND MARKET APPEAL FOR THE NEIGHBORHOOD IS AVERAGE.

Market Conditions (including support for the above conclusions)  The current imbalance between supply and demand has contributed to an overall decline in home values over the last 12 months. No change in this condition will occur until the excess inventory of homes on the market is absorbed and supply and demand return to balance. Properly priced and marketed homes are still selling within 3-6 months of initial market exposure.

## SITE

| Field | Value |
|---|---|
| Dimensions | 70X115 |
| Area | 8,050 SF., MOL. |
| Shape | RECTANGULAR |
| View | AVG/RESIDENT |
| Specific Zoning Classification | 01210 |
| Zoning Description | SINGLE FAMILY |
| Zoning Compliance | ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street ASPHALT | ☒ | |
| Gas | ☐ | | Sanitary Sewer | ☒ | | Alley NONE | ☐ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No   FEMA Flood Zone  X   FEMA Map # 12103C0089G   FEMA Map Date 9/3/2003
Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe
NO ADVERSE EASEMENTS OR ENCROACHMENTS NOTED AT THE TIME OF PHYSICAL INSPECTION. THE SUBJECT SITE SHARES SIMILAR UTILITY TO OTHER SITES IN THE AREA. SITE AND FLOOD ZONE SHOULD BE VERIFIED BY A SITE SURVEY.

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls  SLAB/AVG | Floors  WWC/CER/HW/AV |
| # of Stories  ONE | ☐ Full Basement  ☐ Partial Basement | Exterior Walls  CBS/AVG | Walls  DRYWALL/AVG |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area   -0- sq.ft. | Roof Surface  COMP/AVG | Trim/Finish  WOOD/AVG |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish   N/A  % | Gutters & Downspouts  ALUMINUM/AVG | Bath Floor  CERAMIC/AVG |
| Design (Style)  TYPICAL | ☐ Outside Entry/Exit  ☐ Sump Pump | Window Type  ALUM S/H/AVG | Bath Wainscot  CERAMIC/AVG |
| Year Built  1986 | Evidence of ☐ Infestation  none noted | Storm Sash/Insulated  NO | Car Storage ☐ None |
| Effective Age (Yrs)  15 | ☐ Dampness  ☐ Settlement | Screens  YES/AVG | ☒ Driveway  # of Cars  TWO |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities  ☐ Woodstove(s) # | Driveway Surface  CONCRETE |
| ☐ Drop Stair ☐ Stairs | ☐ Other   Fuel  ELECTRIC | ☐ Fireplace(s) #  ☒ Fence  WOOD | ☒ Garage  # of Cars  TWO |
| ☐ Floor ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck COV ☐ Porch | ☐ Carport  # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☒ Pool SCRN ☒ Other Cov. Entry | ☒ Att.  ☐ Det.  ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☒ Washer/Dryer ☐ Other (describe)
Finished area above grade contains:   6 Rooms   3 Bedrooms   2 Bath(s)   1,942 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).  COVERED ENTRY; DOUBLE GARAGE; COVERED PATIO; SCREENED POOL; POOL BATH; UTILITY; WOOD FENCE.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  PHYSICAL DEPRECIATION NOTED FOR NORMAL WEAR AND TEAR DUE TO AGE. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED AT TIME OF INSPECTION. THE SUBJECT PROPERTY IS IN AVERAGE CONDITION OVERALL. THE APPRAISER IS NOT A TRAINED HOME INSPECTOR AND ONLY INSPECTED READILY VISIBLE AREAS OF THE HOME. THE APPRAISAL SHOULD NOT BE RELIED ON TO DISCLOSE ANY ADVERSE PROPERTY CONDITIONS NOT READILY VISIBLE.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

# Uniform Residential Appraisal Report

File # 907030

There are 11 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 169,000 to $ 355,000.
There are 28 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 165,000 to $ 424,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1107 WOODCREST AVE. SAFETY HARBOR | 404 WESTBOROUGH LN. SAFETY HARBOR | | 1035 WYNDHAM WY. SAFETY HARBOR | | 8 VILLA CT. SAFETY HARBOR | |
| Proximity to Subject | | .05 MILE | | .5 MILE | | .9 MILE | |
| Sale Price | $ N/A | $ 240,000 | | $ 295,000 | | $ 220,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 116.56 sq.ft. | | $ 123.90 sq.ft. | | $ 94.14 sq.ft. | |
| Data Source(s) | | DRIVE BY, MLS | | DRIVE BY, MLS | | DRIVE BY, MLS | |
| Verification Source(s) | | PUBLIC RECORDS | | PUBLIC RECORDS | | PUBLIC RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | NONE RECORDED | | NONE RECORDED | | NONE RECORDED | |
| Date of Sale/Time | | 4/09 | | 5/09 | | 4/09 | |
| Location | SAFETY HBR | SAFETY HBR | | SAFETY HBR | | SAFETY HBR | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 8,050 SF., MOL. | 5,261 | | 8,690 | | 10,880 | |
| View | AVG/RESID. | AVG/RESID. | | AVG/RESID. | | AVG/RESID. | |
| Design (Style) | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 23 | 20 | | 20 | | 26 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 2 | Total 6 / Bdrms. 3 / Baths 2.5 | -2,500 | Total 7 / Bdrms. 4 / Baths 3 | -5,000 | Total 7 / Bdrms. 4 / Baths 2 | |
| Gross Living Area | 1,942 sq.ft. | 2,059 sq.ft. | -2,900 | 2,381 sq.ft. | -11,000 | 2,337 sq.ft. | -9,900 |
| Basement & Finished Rooms Below Grade | -0- C PATIO, UTIL | PATIO | +500 | COV PATIO | +500 | NONE | +1,000 |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | CENTRAL H&A | CENTRAL H&A | | CENTRAL H&A | | CENTRAL H&A | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | DBL GARAGE | DBL GARAGE | | DBL GARAGE | | DBL GARAGE | |
| Porch/Patio/Deck | COV ENTRY | COV ENTRY | | COV ENTRY | | COV ENTRY | |
| | NONE | FIREPLACE | -2,500 | FIREPLACE | -2,500 | FIREPLACE | -2,500 |
| | SCRN POOL | SCRN POOL | | SCRN POOL | | NONE | +15,000 |
| | POOL BATH | NONE | +3,500 | NONE | +3,500 | NONE | +3,500 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 3,900 | ☐ + ☒ - | $ 14,500 | ☒ + ☐ - | $ 7,100 |
| Adjusted Sale Price of Comparables | | Net Adj. 1.6 % Gross Adj. 5.0 % | $ 236,100 | Net Adj. 4.9 % Gross Adj. 7.6 % | $ 280,500 | Net Adj. 3.2 % Gross Adj. 14.5 % | $ 227,100 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) PUBLIC RECORDS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) PUBLIC RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | NONE | NONE | NONE | NONE |
| Data Source(s) | RECORDED | RECORDED | RECORDED | RECORDED |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales   ALL KNOWN RECORDED DEED TRANSFERS OF THE SUBJECT WITHIN THE LAST 36 MONTHS AND COMPARABLES WITHIN THE LAST 12 MONTHS ARE NOTED ABOVE.

Summary of Sales Comparison Approach   THE SALES PRESENTED SHARE SIMILAR AMENITIES AND ARE LOCATED WITHIN THE SAME MARKET AREA. EQUAL WEIGHT WAS GIVEN EACH SALE. THE SUBJECT'S STYLE, QUALITY AND AMENITIES ARE SIMILAR TO OTHER HOMES IN THE NEIGHBORHOOD. THE COMPARABLE SALES INCLUDED WERE CONSIDERED THE BEST AVAILABLE AND REQUIRED THE LEAST ADJUSTMENTS OF ALL POTENTIAL COMPARABLE SALES CONSIDERED.

Indicated Value by Sales Comparison Approach $ 245,000

Indicated Value by: Sales Comparison Approach $ 245,000   Cost Approach (if developed) $ N/A   Income Approach (if developed) $ N/A
THE SALES COMPARISON APPROACH WAS EMPHASIZED IN ESTIMATING MARKET VALUE. THE COST APPROACH IS NOT REQUIRED. DUE TO A LACK OF RELIABLE RENTAL DATA THE INCOME APPROACH IS NOT APPLICABLE.

This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   See attached limiting conditions.
The appraiser is not a building inspector and any questions about the subject's structural integrity should be address by a qualified professional.
**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is**
$ 245,000   , as of   7/30/09   , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report
File # 907030

DIGITAL SIGNATURES ARE ENCRYPTED AND CAN ONLY BE APPLIED WITH A PASSWORD FROM THE SIGNING APPRAISER. ONCE SIGNED, DATA IN THE REPORT CANNOT BE ALTERED. THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT. THE INTENDED USE IS TO PROVIDE THE ESTIMATED MARKET VALUE OF THE SUBJECT, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THE APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

© 2009 Action Appraisal Services, Inc.

Unless specifically stated otherwise in this appraisal report, the appraiser has no knowledge of any matters of a legal nature that affect either the property being appraised or the title to it, and has no knowledge of any adverse conditions affecting the property.

**ADDITIONAL COMMENTS**

---

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW — OPINION OF SITE VALUE ............................=$
Source of cost data — DWELLING   Sq.Ft. @ $   =$
Quality rating from cost service   Effective date of cost data — Sq.Ft. @ $   =$
Comments on Cost Approach (gross living area calculations, depreciation, etc.) — =$
Garage/Carport   Sq.Ft. @ $   =$
Total Estimate of Cost-New   =$
Less   Physical   Functional   External
Depreciation   =$(         )
Depreciated Cost of Improvements   =$
"As-is" Value of Site Improvements   =$
Estimated Remaining Economic Life (HUD and VA only)   Years   INDICATED VALUE BY COST APPROACH   =$

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   X Gross Rent Multiplier   = $   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases     Total number of units     Total number of units sold
Total number of units rented     Total number of units for sale     Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No   If Yes, date of conversion.
Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No   Data Source
Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report  File # 907030

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report
File # 907030

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # 907030

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature: *Jeff Alpert* | Signature: |
| Name: JEFF ALPERT | Name: |
| Company Name: ACTION APPRAISAL SERVICES, INC. | Company Name: |
| Company Address: 3304 W. SAN LUIS ST. TAMPA, FL 33629 | Company Address: |
| Telephone Number: 813-545-0559 | Telephone Number: |
| Email Address: JEFFALPERT@MSN.COM | Email Address: |
| Date of Signature and Report: 7/30/09 | Date of Signature: |
| Effective Date of Appraisal: 7/30/09 | State Certification #: |
| State Certification #: ST. CERT. RES. REA. RD3770 | or State License #: |
| or State License #: | State: |
| or Other (describe): _____ State #: _____ | Expiration Date of Certification or License: |
| State: FL | |
| Expiration Date of Certification or License: 11/10 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 1107 WOODCREST AVE. | Date of Inspection: |
| SAFETY HARBOR, FL 34695-4410 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 245,000 | Date of Inspection: |
| LENDER/CLIENT | |
| Name: | **COMPARABLE SALES** |
| Company Name: | |
| Company Address: | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address: | Date of Inspection: |

# Uniform Residential Appraisal Report

File # 907030

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1107 WOODCREST AVE. SAFETY HARBOR | 19 FRIENDSHIP CT. SAFETY HARBOR | | 504 FAYETTE CIR. N. SAFETY HARBOR | | 3086 HILLSIDE LN. SAFETY HARBOR | |
| Proximity to Subject | | .3 MILE | | .5 MILE | | .8 MILE | |
| Sale Price | $ N/A | $ 298,000 | | $ 249,900 | | $ 255,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 148.18 sq.ft. | | $ 129.75 sq.ft. | | $ 131.99 sq.ft. | |
| Data Source(s) | | DRIVE BY, MLS | | DRIVE BY, MLS | | DRIVE BY, MLS | |
| Verification Source(s) | | PUBLIC RECORDS | | PUBLIC RECORDS | | PUBLIC RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | NONE RECORDED | | NONE RECORDED | | NONE RECORDED | |
| Date of Sale/Time | | 4/09 | | ACTIVE | -12,500 | ACTIVE | -12,800 |
| Location | SAFETY HBR | SAFETY HBR | | SAFETY HBR | | SAFETY HBR | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 8,050 SF., MOL. | 7,455 | | 13,188 | -5,000 | 9,750 | |
| View | AVG/RESID. | AVG/RESID. | | AVG/RESID. | | AVG/RESID. | |
| Design (Style) | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 23 | 19 | | 28 | | 28 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 6 / Bdrms. 3 / Baths 2 | Total 6 / Bdrms. 3 / Baths 2 | | Total 6 / Bdrms. 3 / Baths 2 | | Total 6 / Bdrms. 3 / Baths 2 | |
| Gross Living Area | 1,942 sq.ft. | 2,011 sq.ft. | -1,700 | 1,926 sq.ft. | | 1,932 sq.ft. | |
| Basement & Finished Rooms Below Grade | -0- C PATIO, UTIL | S PATIO, PAT | -1,000 | 2 PATIOS, UTL | -500 | PATIO | +500 |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | CENTRAL H&A | CENTRAL H&A | | CENTRAL H&A | | CENTRAL H&A | |
| Energy Efficient Items | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Garage/Carport | DBL GARAGE | DBL GARAGE | | DBL GARAGE | | DBL GARAGE | |
| Porch/Patio/Deck | COV ENTRY | COV ENTRY | | COV ENTRY | | COV ENTRY | |
| | NONE | FIREPLACE | -2,500 | NONE | | NONE | |
| | SCRN POOL | POOL | +3,500 | SCRN POOL | | SCRN POOL | |
| | POOL BATH | NONE | +3,500 | NONE | +3,500 | NONE | +3,500 |
| Net Adjustment (Total) | | ☒ + ☐ -  $ 1,800 | | ☐ + ☒ -  $ 14,500 | | ☐ + ☒ -  $ 8,800 | |
| Adjusted Sale Price of Comparables | | Net 0.6 % Gross 4.1 %  $ 299,800 | | Net 5.8 % Gross 8.6 %  $ 235,400 | | Net 3.5 % Gross 6.6 %  $ 246,200 | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | NONE | NONE | NONE | NONE |
| Data Source(s) | RECORDED | RECORDED | RECORDED | RECORDED |
| Effective Date of Data Source(s) | | | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    ALL KNOWN RECORDED DEED TRANSFERS OF THE SUBJECT WITHIN THE LAST 36 MONTHS AND COMPARABLES WITHIN THE LAST 12 MONTHS ARE NOTED ABOVE.

Analysis/Comments    ONE ADDITIONAL COMP AND TWO LISTINGS WERE INCLUDED TO HELP ESTABLISH THE ESTIMATED MARKET VALUE OF THE SUBJECT. THE SALE TO LIST PRICE RATIO IS APPROXIMATELY 95% AND AN ADJUSTMENT WAS MADE ACCORDINGLY TO COMPS #5 AND #6.

## Subject Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client   N/A | | | |
| Property Address   1107 WOODCREST AVE. | | | |
| City   SAFETY HARBOR | County   PINELLAS | State   FL | Zip Code   34695-4410 |
| Lender | | | |



### Subject Front
1107 WOODCREST AVE.
Sales Price         N/A
Gross Living Area   1,942
Total Rooms         6
Total Bedrooms      3
Total Bathrooms     2
Location            SAFETY HBR
View                AVG/RESID.
Site                8,050 SF., MOL.
Quality             AVERAGE
Age                 23



### Subject Rear



### Subject Street

## Subject Interior Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client   N/A | | | |
| Property Address   1107 WOODCREST AVE. | | | |
| City   SAFETY HARBOR | County   PINELLAS | State   FL | Zip Code   34695-4410 |
| Lender | | | |



**Subject Interior**

| | |
|---|---|
| 1107 WOODCREST AVE. | |
| Sales Price | N/A |
| Gross Living Area | 1,942 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | SAFETY HBR |
| View | AVG/RESID. |
| Site | 8,050 SF., MOL. |
| Quality | AVERAGE |
| Age | 23 |



**Subject Interior**



**Subject Interior**

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client N/A | | | |
| Property Address 1107 WOODCREST AVE. | | | |
| City SAFETY HARBOR | County PINELLAS | State FL | Zip Code 34695-4410 |
| Lender | | | |



### Comparable 1
404 WESTBOROUGH LN.
Prox. to Subject .05 MILE
Sale Price 240,000
Gross Living Area 2,059
Total Rooms 6
Total Bedrooms 3
Total Bathrooms 2.5
Location SAFETY HBR
View AVG/RESID.
Site 5,261
Quality AVERAGE
Age 20



### Comparable 2
1035 WYNDHAM WY.
Prox. to Subject .5 MILE
Sale Price 295,000
Gross Living Area 2,381
Total Rooms 7
Total Bedrooms 4
Total Bathrooms 3
Location SAFETY HBR
View AVG/RESID.
Site 8,690
Quality AVERAGE
Age 20



### Comparable 3
8 VILLA CT.
Prox. to Subject .9 MILE
Sale Price 220,000
Gross Living Area 2,337
Total Rooms 7
Total Bedrooms 4
Total Bathrooms 2
Location SAFETY HBR
View AVG/RESID.
Site 10,880
Quality AVERAGE
Age 26

## Comparable Photo Page

| | | | |
|---|---|---|---|
| Borrower/Client  N/A | | | |
| Property Address  1107 WOODCREST AVE. | | | |
| City  SAFETY HARBOR | County  PINELLAS | State  FL | Zip Code  34695-4410 |
| Lender | | | |



### Comparable 4
19 FRIENDSHIP CT.
Prox. to Subject      .3 MILE
Sale Price            298,000
Gross Living Area     2,011
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       2
Location              SAFETY HBR
View                  AVG/RESID.
Site                  7,455
Quality               AVERAGE
Age                   19



### Comparable 5
504 FAYETTE CIR. N.
Prox. to Subject      .5 MILE
Sale Price            249,900
Gross Living Area     1,926
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       2
Location              SAFETY HBR
View                  AVG/RESID.
Site                  13,188
Quality               AVERAGE
Age                   28



### Comparable 6
3086 HILLSIDE LN.
Prox. to Subject      .8 MILE
Sale Price            255,000
Gross Living Area     1,932
Total Rooms           6
Total Bedrooms        3
Total Bathrooms       2
Location              SAFETY HBR
View                  AVG/RESID.
Site                  9,750
Quality               AVERAGE
Age                   28

## Building Sketch

| | | | |
|---|---|---|---|
| Borrower/Client  N/A | | | |
| Property Address  1107 WOODCREST AVE. | | | |
| City  SAFETY HARBOR | County  PINELLAS | State  FL | Zip Code  34695-4410 |
| Lender | | | |



Form SKT.BldSkl — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Building Sketch

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 1107 WOODCREST AVE. |
| City SAFETY HARBOR | County PINELLAS   State FL   Zip Code 34695-4410 |
| Lender | |

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 4.7 x 6.5 = | | 30.6 |
| Utility | | 30.6 |
| A2 : 8.6 x 6.5 = | | 55.9 |
| Pool Bath | | 55.9 |
| **Total Misc. Area** | | **-25.3** |
| A3 : 13.3 x 10.5 = | | 139.7 |
| A4 : 22.6 x 6.0 = | | 135.6 |
| A5 : 54.6 x 26.4 = | | 1441.4 |
| A6 : 42.1 x 1.0 = | | 42.1 |
| A7 : 32.6 x 2.0 = | | 65.2 |
| A8 : 24.6 x 4.0 = | | 98.4 |
| A9 : 0.5 x 2.6x1.4 = | | 1.8 |
| A10 : 0.5 x 2.6x1.4 = | | 1.8 |
| A11 : 4.0 x 1.4 = | | 5.6 |
| A12 : 0.5 x 2.2x1.5 = | | 1.6 |
| A13 : 0.5 x 2.2x1.5 = | | 1.7 |
| A14 : 4.6 x 1.5 = | | 6.9 |
| Attached Garage | | 0.0 |
| First Floor | | 1941.8 |
| **Total Living Area** | | **1941.8** |
| A17 : 12.5 x 1.0 = | | 12.5 |
| A18 : 22.0 x 21.0 = | | 462.0 |
| Attached Garage | | 474.5 |
| **Total Garage Area** | | **474.5** |
| A19 : 8.0 x 19.0 = | | 152.0 |
| Covered Entry | | 152.0 |
| A20 : 18.7 x 11.0 = | | 205.7 |
| Covered Patio | | 205.7 |
| **Total Patio/Deck Area** | | **357.7** |

WinSketch by Jammin Software

## Location Map

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 1107 WOODCREST AVE. |
| City SAFETY HARBOR | County PINELLAS   State FL   Zip Code 34695-4410 |
| Lender | |



