**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICTOF FLORIDA, TAMPA DIVISION**

In re:                                            )    Case No. 09-20083-MGW
                                                  )
BYRON COLUMBUS SHOUPPE, III & JULIE ANN SHOUPPE,  )
                                                  )
Joint Debtors                                     )
_____,      )

## ORDER GRANTING AMENDED MOTION OF JOINT DEBTORS AND GTE FEDERAL CREDIT UNION DETERMINING SECURED STATUS OF CLAIM NO. 6

THIS CAUSE having come on for consideration, and for the reasons stated in the Motion, it is hereby

ORDERED AND ADJUDGED:

1. The collateral that GTE Federal Credit Union [hereinafter the "Creditor"] holds under Claim Number 6 as it appears on the Claims Register, to wit: a 2006 Nissan Pathfinder, LE VIN# 5N1AR18UX6C623684 [hereinafter, the "Collateral"] consists of a secured portion of $20,862.50 and an unsecured portion of $7568.85.

2. The Joint Debtors shall modify their proposed Chapter 13 Plan to pay $20,862.50, to the Creditor at the interest rate of 5.25% to be amortized and accrued over the life of the Plan, to wit: $396.09 per month for 60 months. Creditor shall furnish the Joint Debtors with full title for the Collateral upon completion of payments. The balance of the Creditor's claim----- of $7568.85.--- shall be treated as an unsecured non-priority claim under the Joint Debtors' Chapter 13 Plan.

4. All further related hearings on the Joint Debtors' Motion and Creditor's Response are hereby cancelled.

DONE AND ORDERED AT TAMPA, FLORIDA ON _____January 13, 2010_____.

_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge