**UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICTOF FLORIDA, TAMPA DIVISION**

In re: ) Case No. 09-20083-MGW
)
BYRON COLUMBUS SHOUPPE, III & JULIE ANN SHOUPPE, )
)
Joint Debtors. )
_____, )

## ORDER GRANTING JOINT DEBTORS' MOTION TO DETERMINE SECURED STATUS OF GTE FEDERAL CREDIT UNION AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE

THIS CASE came on for consideration on the Joint Debtors' Motion to Determine Secured Status of GTE Federal Credit Union and to Strip Lien (the "Motion") [Doc. No. 33] pursuant to negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested.

The real property (the "Real Property") that is the subject of the Motion is located at 1107 Woodcrest Avenue, Safety Harbor, FL 34695, and is more particularly described as follows:

Lot 57, PHILIPPE WOODS as per plat thereof as recorded in Plat Book 90, Page 76 and 77, of the Public Records of Pinellas County, Florida.

For Tax Identification purposes, the Real Property bears Parcel Identification Number: 34/28/16/68625/000/0570.

Accordingly, it is hereby

ORDERED:

1. The Motion is GRANTED

2. Claim No. 12 filed by GTE Federal Credit Union shall be treated as an unsecured claim in this Chapter 13 case.

3. The mortgage on the Real Property held by GTE Federal Credit Union recorded on 07/13/2007 at Book 15886, Pages348-360, Instrument No. 2007233511 of the official records of Pinellas County, Florida, shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtor's discharge in this Chapter 13 case; provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of GTE Federal Credit Union's lien prior to the entry of the Joint Debtors' discharge.

4. This order does not prohibit GTE Federal Credit Union from asserting, at any time prior to the time when the lien is avoided by this order upon entry of the Debtor's discharge, any rights it may have as a defendant in any foreclosure proceeding brought by a senior mortgagee, including the right to claim excess proceeds from any foreclosure sale.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on _____January 21, 2010_____.

*/s/ M G Williamson*
_____
MICHAEL G. WILLIAMSON
United States Bankruptcy Judge

Copies to:
All Entities on Court Matrix
Pinellas County Clerk of Court, 315 Court Street, Clearwater, FL 33756.